IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KEVIN L. BALLARD,

          Plaintiff,

    vs.

SHAWN SETTLES, Warden,
individually and in his official
capacity; and B. DAVIS, Sgt.,
individually and in his official
capacity;

          Defendants.

**8:26CV154**


**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's "Motion for Request for Extension of Time" (the "Motion to Extend"), Filing No. 7, seeking 30 additional days to comply with this Court's Order granting leave to proceed in forma pauperis ("IFP") and requiring payment of an initial partial filing fee of $1.50, by May 11, 2026, *see* Filing No. 6. In support Plaintiff contends he requires additional time to obtain the funds necessary to pay the initial partial filing fee and believes he can receive such funds within 30 days of the current May 11, 2026, deadline for compliance. Filing No. 7. Good cause having been shown, the Court shall grant the Motion to Extend.

IT IS THEREFORE ORDERED that:

1.    Plaintiff's Motion to Extend, Filing No. 7 is granted. Plaintiff shall have through and until **June 10, 2026**, to submit his $1.50 initial partial filing fee.

2.      The Clerk of Court shall terminate the May 11, 2026, initial partial filing fee case management deadline and shall set the following pro se case management deadline of **June 10, 2026**: initial partial filing fee payment due.

Dated this 5th day of May, 2026.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge

2